**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,          :          CRIMINAL NO. 22-CR-206
                                   :
v.                                 :          **FILED**
                                   :
ALONZO STALLANS,                   :          APR 28 2022
          Defendant.               :
                                              Clerk, U.S. District and
                                              Bankruptcy Courts

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Alonzo Stallans, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

### Statement of Facts

On April 22, 2021, Alonzo Stallans messaged a 15-year-old Canadian girl over Instagram. Stallans asked the minor female if she wanted a boyfriend, and he told the victim that he was a 17-year-old boy who lived in Canada. The minor victim informed Stallans that she was 15 years old, and she agreed to be his girlfriend. Stallans asked to video chat, and he sent the victim a video of himself masturbating. The minor female told Stallans that she did not like the video because she "was not ready to go that far." Nevertheless, Sallans repeatedly attempted to send her additional photos of his penis. The minor victim informed her guardian, who reported the exchange to law enforcement.

Law enforcement identified Alonzo Stallans as the Instagram user who communicated with the Canadian minor female. In addition, information from the National Center for Missing and Exploited Children (NCMEC) indicated that Stallans distributed images of child pornography on

1

Facebook on December 15, 2020. Information received from Facebook pursuant to a search warrant revealed that Stallans sent an image to one of the recipients identified in the NCMEC report on December 15, 2020, to which the recipient replied, "I can show this to the cops and you can go to jail" and "She is a little kid."

On March 10, 2022, law enforcement executed a search warrant at Stallans' residence in Washington, D.C. During the search, law enforcement seized Stallans' iPhone pursuant to the warrant. Law enforcement was able to access Stallans' Telegram account from the iPhone. Stallans was a member of Telegram groups named '13+' and 'Young Girl Videos,' both of which had been removed by Telegram for violating the terms of service. He was also a member of another active group which contained videos of child pornography. Stallans' Telegram account also revealed a chat that Stallans had with another Telegram user in January 2022. The chat topic was 'Price List,' and it included a list of various packages of images depicting the sexual abuse of children for sale. A few of the package names were:

> Kinder pack (6-14y.o.) 25$ [130gb]
> 6-14 for kids lovers
>
> School pack (14-19y.o.) 25$ [150gb]
> 14-19 videos from hangouts, school toilets, teens at home
>
> Pack of ages (6—19y.o.) 50$ [400gb]
> Benefit of 10$ you get 2 tariffs in one for 40$
>
> Girl's rapes (popular) 55$ [215gb]
> Real rape, Party Videos, Darknet, Homemade (for lovers of hard rape)

As detailed below, Stallans requested child pornography from the individual who was selling child sexual abuse material:

**Stallans**:   I want to see a sample.
I got cash app $10 for 6-year-old girl.
Please show sample free of charge.
I'm hit y

2

I'm horny

**Seller**:     I don't have cash app

**Stallans**:   Ok I can do Paypal can u send free sample

The seller then sent Stallans a video depicting two prepubescent females. During the video, these prepubescent females are shown using their mouths to touch each other's vagina and anus.

During the forensic review of Stallans' iPhone, law enforcement discovered over 40 images of child pornography, including images of a prepubescent minor using her fingers to spread her vagina open, and a minor female bent over in such a way that her genital and pubic area is visible to the camera. The way that the minor is posed, and the way that the camera is focused, her vaginal area appears to be the focus of the image.

Respectfully,

MATHEW GRAVES
UNITED STATES ATTORNEY


_/s/ Caroline Burrell_____
Caroline Burrell
Assistant United States Attorney

3

## DEFENDANT'S ACKNOWLEDGEMENT

I, Alonzo Stallans, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by.my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: _June 22-2022_          _Alonzo Stallans_
                               Alonzo Stallans
                               Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _6-22-22_          _____
                          Maria Jacob, Esq.
                          Attorney for Defendant

4